

# Fourth Court of Appeals
## San Antonio, Texas

June 14, 2019

Nos. 04-19-00276-CR, 04-19-00277-CR,
04-19-00278-CR & 04-19-00279-CR

Christopher **DAVILA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th District Court, Bexar County, Texas
Trial Court Nos. 2019CR3859, 2019CR3712, 2019CR3713 & 2019CR3860
Honorable Andrew Wyatt Carruthers, Judge Presiding

## O R D E R

Appellant's brief was due to be filed by June 3, 2019. Neither the brief nor a motion for extension of time has been filed. It is therefore ORDERED that appellant show cause in writing within fifteen days from the date of this order why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of June, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court